UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,

       Plaintiff,

VS                                                  CASE NO. 5:05cv158-RS

ASST. WARDEN JOHNSON, et al.,

       Defendants.

**ORDER**

This cause is before the Court upon the Magistrate Judge's Report and Recommendation dated October 12, 2005 (Document 10).

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. The Clerk is ordered to dismiss this action without prejudice.

ORDERED on December 7, 2005.

                                      /s/ Richard Smoak
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____
_____
_____

Document No.